**Form 124**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Sanjeev Roy**
   Debtor(s)

Bankruptcy Case No.: 19−21748−GLT

Chapter: 13

## NOTICE RE: REPORT OF DEBTOR AUDIT

     In accordance with *28 U.S.C. § 586(f)(1),* the United States Trustee contracted for an audit to be performed of the petition, schedules and other information filed and/or provided by the Debtor(s) in this case.

     **NOTICE IS HEREBY GIVEN** that the audit firm has reported one or more material misstatements concerning the income, expenditures and/or assets of the Debtor(s). ***The Report is not a legal determination, and the legal effect of the auditors finding of material misstatement is a question for the Court.*** The *Report of Debtor Audit* has been filed with the Court and is available for review by parties in interest.

Dated: August 1, 2019

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 19-21748-GLT
Sanjeev Roy                                                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: dpas                 Page 1 of 2              Date Rcvd: Aug 01, 2019
                                  Form ID: 124               Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2019.
```
db             +Sanjeev Roy,    121 Sewickley Farms Circle,    Mars, PA 16046-7143
15042742       +Ameriprise Financial I,    827 Ameriprise Financial,    Minneapolis, MN 55474-0008
15042743       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
15042747       +Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
15042748       +Chase Auto,   Po Box 901003,    Ft Worth, TX 76101-2003
15042749       +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
15042750       +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
15042752       +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
15042754       +Flr Solution,    Po Box 94498,   Las Vegas, NV 89193-4498
15042755        Fm/citizens,   121 South 13th Street,    Blair, NE 68008
15042757       +Hyundai Capital America,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
15042759        Lending Club Corp,   71 Stevenson St Ste 300,    San Francisco, MI 49000
15042761       +Ntb/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
15042764       +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
15042769       +Target N.b.,    Po Box 673,   Minneapolis, MN 55440-0673
15042770       +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
15042771       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
15077245        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15075391        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15042744       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 02 2019 03:30:01
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,    Miami, FL 33146-1837
15083176       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 02 2019 03:30:01
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1837
15042746        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2019 03:31:20      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
15042745       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 02 2019 03:31:20      Cap1/bstby,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
15042751       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 02 2019 03:29:11      Comenity Bank/levin,
                 Po Box 182789,    Columbus, OH 43218-2789
15042753       +E-mail/Text: bankruptcy@dcu.org Aug 02 2019 03:30:19      Digital Fed Credit Uni,
                 220 Donald Lynch Blvd,    Marlborough, MA 01752-4708
15071533       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Aug 02 2019 03:30:18
                 HYUNDAI CAPITAL AMERICA DBA,    HYUNDAI MOTOR FINANCE,    PO BOX 20809,
                 FOUNTAIN VALLEY, CA 92728-0809
15042756       +E-mail/Text: bankruptcy@huntington.com Aug 02 2019 03:29:34      Huntington National Ba,
                 7 Easton Oval # Ea5w29,    Columbus, OH 43219-6060
15057246        E-mail/Text: bk.notifications@jpmchase.com Aug 02 2019 03:29:12      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,     P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
15042758       +E-mail/Text: bncnotices@becket-lee.com Aug 02 2019 03:28:55      Kohls/chase,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15042760       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 02 2019 03:31:27      LVNV Funding,
                 PO BOX 10497 MS 576,    Greenville, SC 29603-0497
15048794        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 02 2019 03:31:54      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15083224        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2019 03:31:50
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15042763       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2019 03:45:48
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
15042762       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2019 03:31:50
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
15042765       +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 03:31:42      Syncb/dkdc,    P.o. Box 965005,
                 Orlando, FL 32896-5005
15042766       +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 03:31:42      Syncb/jc Penney Dc,
                 Po Box 965007,    Orlando, FL 32896-5007
15042767       +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 03:32:11      Syncb/jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
15042768       +E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2019 03:32:09      Syncb/lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                              TOTAL: 19
```

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              BAYVIEW LOAN SERVICING, LLC
cr              JPMORGAN CHASE BANK, N.A.
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dpas              Page 2 of 2              Date Rcvd: Aug 01, 2019
                              Form ID: 124            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Lawrence W. Willis    on behalf of Debtor Sanjeev Roy ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```