# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SANJEEV ROY | Case No. 19-21748GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>JPMORGAN CHASE BANK NA | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CREDITOR SAYS THE ACCOUNT IS CLOSED.

JPMORGAN CHASE BANK NA  
PO BOX 901032  
FT WORTH, TX 76101-2032

Court claim# 2/Trustee CID# 3

The Movant further certifies that on 01/03/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)  
    original creditor  
    putative creditor  
    counsel for debtor(s)  
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>SANJEEV ROY, 121 SEWICKLEY FARMS CIRCLE, MARS, PA  16046 | DEBTOR'S COUNSEL:<br>LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA 15235 |
|---|---|
| ORIGINAL CREDITOR:<br>JPMORGAN CHASE BANK NA, PO BOX 901032, FT WORTH, TX 76101-2032<br><br>NEW CREDITOR: | :<br>CHAPTER 13 BANKRUPTCY NOTICING, PO BOX 29505 AZ1-1191, PHOENIX, AZ  85038-9505 |