Form RSC2 (Reschedule Conciliation/COD)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Sanjeev Roy**
   Debtor(s)

Bankruptcy Case No.: 19–21748–GLT
Chapter: 13

## ORDER

    The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 19-21748-GLT
Sanjeev Roy                                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: llea              Page 1 of 2              Date Rcvd: Mar 20, 2020
                               Form ID: RSCcon        Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.
```
db         +Sanjeev Roy,   121 Sewickley Farms Circle,    Mars, PA 16046-7143
15042742   +Ameriprise Financial I,    827 Ameriprise Financial,    Minneapolis, MN 55474-0008
15042743   +Barclays Bank Delaware,    Po Box 8803,   Wilmington, DE 19899-8803
15042747   +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
15042748   +Chase Auto,   Po Box 901003,    Ft Worth, TX 76101-2003
15042750   +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
15042752   +Credit First N A,    6275 Eastland Rd,   Brookpark, OH 44142-1399
15042754   +Flr Solution,    Po Box 94498,   Las Vegas, NV 89193-4498
15042755    Fm/citizens,    121 South 13th Street,   Blair, NE 68008
15042757   +Hyundai Capital America,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
15042759    Lending Club Corp,    71 Stevenson St Ste 300,    San Francisco, MI 49000
15042761   +Ntb/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
15042764   +Sears/cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
15042769   +Target N.b.,    Po Box 673,   Minneapolis, MN 55440-0673
15042770   +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
15042771   +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
15077245    UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123
15075391    Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15042744   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 21 2020 04:25:36
             Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,    Miami, FL 33146-1873
15083176   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 21 2020 04:25:36
             Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
             Coral Gables, FL 33146-1873
15042746    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2020 04:19:36    Capital One,
             15000 Capital One Dr,   Richmond, VA 23238
15042745   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2020 04:17:19    Cap1/bstby,
             Po Box 30253,   Salt Lake City, UT 84130-0253
15042751   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 21 2020 04:23:42    Comenity Bank/levin,
             Po Box 182789,   Columbus, OH 43218-2789
15042753   +E-mail/Text: bankruptcy@dcu.org Mar 21 2020 04:26:20    Digital Fed Credit Uni,
             220 Donald Lynch Blvd,    Marlborough, MA 01752-4708
15071533   +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Mar 21 2020 04:26:15
             HYUNDAI CAPITAL AMERICA DBA,    HYUNDAI MOTOR FINANCE,    PO BOX 20809,
             FOUNTAIN VALLEY, CA 92728-0809
15042756   +E-mail/Text: bankruptcy@huntington.com Mar 21 2020 04:24:28    Huntington National Ba,
             7 Easton Oval # Ea5w29,    Columbus, OH 43219-6060
15042749    E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 21 2020 04:17:13    Chase Card,
             Po Box 15298,   Wilmington, DE 19850
15057246    E-mail/Text: bk.notifications@jpmchase.com Mar 21 2020 04:23:46    JPMorgan Chase Bank, N.A.,
             National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
15042758   +E-mail/Text: bncnotices@becket-lee.com Mar 21 2020 04:23:05    Kohls/chase,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15042760   +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2020 04:20:16    LVNV Funding,
             PO BOX 10497 MS 576,    Greenville, SC 29603-0497
15048794    E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2020 04:18:41    LVNV Funding, LLC,
             Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15083224    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:18:36
             Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
15042763   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:33:18
             Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
15042762   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:17:34
             Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
15042765   +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:19:19    Syncb/dkdc,   P.o. Box 965005,
             Orlando, FL 32896-5005
15042766   +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:19:18    Syncb/jc Penney Dc,
             Po Box 965007,   Orlando, FL 32896-5007
15042767   +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:18:05    Syncb/jcp,   Po Box 965007,
             Orlando, FL 32896-5007
15042768   +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:19:18    Syncb/lowes,   Po Box 965005,
             Orlando, FL 32896-5005
                                                                                              TOTAL: 20
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAYVIEW LOAN SERVICING, LLC
cr              JPMORGAN CHASE BANK, N.A.
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: llea                  Page 2 of 2                   Date Rcvd: Mar 20, 2020
                               Form ID: RSCcon             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Karina  Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
          Lawrence W. Willis    on behalf of Debtor Sanjeev  Roy ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 5
```