Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Sanjeev Roy**
Debtor(s)

Bankruptcy Case No.: 19–21748–GLT
Issued Per 6/25/2020 Proceeding
Chapter: 13
Docket No.: 51 – 40
Concil. Conf.: June 25, 2020 at 10:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 18, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A.  For the remainder of the Plan term, the periodic Plan payment is amended to be $5,453.00 as of July, 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jun. 25, 2020 at 10:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 3 of Hyundai Capital with payment determined by Trustee .

☒ H.  Additional Terms: Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

No payments to JPMorgan Chase Claim No. 2 as collateral surrendered, but prior payments are proper.

No payments to wells Fargo Claim No. 4 as collateral surrendered, but prior payments are

proper.

*(2.)*  *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.** **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.** **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.** **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.** **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.** **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_(signature)_
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: June 30, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 19-21748-GLT
Sanjeev Roy                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dbas              Page 1 of 2              Date Rcvd: Jun 30, 2020
                             Form ID: 149            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
```
db            +Sanjeev Roy,    121 Sewickley Farms Circle,     Mars, PA 16046-7143
15042742      +Ameriprise Financial I,    827 Ameriprise Financial,     Minneapolis, MN 55474-0008
15042743      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
15042747      +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15042748      +Chase Auto,    Po Box 901003,    Ft Worth, TX 76101-2003
15042750      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15042752      +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
15042754      +Flr Solution,    Po Box 94498,    Las Vegas, NV 89193-4498
15042755       Fm/citizens,    121 South 13th Street,    Blair, NE 68008
15042757      +Hyundai Capital America,    4000 Macarthur Blvd Ste,     Newport Beach, CA 92660-2558
15042759       Lending Club Corp,    71 Stevenson St Ste 300,    San Francisco, MI 49000
15042761      +Ntb/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15042764      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
15042769      +Target N.b.,    Po Box 673,    Minneapolis, MN 55440-0673
15042770      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15042771      +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,     Horsham, PA 19044-2387
15077245       UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15075391       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,     Des Moines, IA  50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15042744      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 01 2020 06:09:13
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,     Miami, FL 33146-1873
15083176      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 01 2020 06:09:13
               Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
               Coral Gables, FL 33146-1873
15042746       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 01 2020 06:20:29      Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
15042745      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 01 2020 06:20:28      Cap1/bstby,
               Po Box 30253,    Salt Lake City, UT 84130-0253
15042751      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 01 2020 06:07:37      Comenity Bank/levin,
               Po Box 182789,    Columbus, OH 43218-2789
15042753      +E-mail/Text: bankruptcy@dcu.org Jul 01 2020 06:09:41      Digital Fed Credit Uni,
               220 Donald Lynch Blvd,    Marlborough, MA 01752-4708
15071533      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jul 01 2020 06:09:38
               HYUNDAI CAPITAL AMERICA DBA,    HYUNDAI MOTOR FINANCE,    PO BOX 20809,
               FOUNTAIN VALLEY, CA 92728-0809
15042756      +E-mail/Text: bankruptcy@huntington.com Jul 01 2020 06:08:25      Huntington National Ba,
               7 Easton Oval # Ea5w29,    Columbus, OH 43219-6060
15042749       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 01 2020 06:22:23      Chase Card,
               Po Box 15298,    Wilmington, DE 19850
15057246       E-mail/Text: bk.notifications@jpmchase.com Jul 01 2020 06:07:54      JPMorgan Chase Bank, N.A.,
               National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
15042758      +E-mail/Text: bncnotices@becket-lee.com Jul 01 2020 06:07:18      Kohls/chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15042760      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 01 2020 06:20:42      LVNV Funding,
               PO BOX 10497 MS 576,    Greenville, SC 29603-0497
15048794       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 01 2020 06:22:48      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15083224       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2020 06:21:36
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15042763      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2020 06:22:32
               Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
15042762      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 01 2020 06:21:33
               Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
15042765      +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2020 06:20:38      Syncb/dkdc,    P.o. Box 965005,
               Orlando, FL 32896-5005
15042766      +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2020 06:20:20      Syncb/jc Penney Dc,
               Po Box 965007,    Orlando, FL 32896-5007
15042767      +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2020 06:22:38      Syncb/jcp,    Po Box 965007,
               Orlando, FL 32896-5007
15042768      +E-mail/PDF: gecsedi@recoverycorp.com Jul 01 2020 06:22:22      Syncb/lowes,    Po Box 965005,
               Orlando, FL 32896-5005
                                                                                              TOTAL: 20
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             BAYVIEW LOAN SERVICING, LLC
cr             JPMORGAN CHASE BANK, N.A.
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2              User: dbas                Page 2 of 2                   Date Rcvd: Jun 30, 2020
                                  Form ID: 149              Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Karina  Velter    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              Lawrence W. Willis    on behalf of Debtor Sanjeev  Roy ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5
```