LOCAL BANKRUPTCY FORM NO. 24

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Sanjeev Roy,** | : | Chapter 13 |
| | : | |
| **Movant** | : | Bankruptcy No. 19-21748-GLT |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | Related to Docket No. 54 |
| **Applicant** | : | |
| | : | Hearing Date and Time: |
| vs. | : | September 30, 2020 at 10:00 am |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE

To All Creditors and Parties in Interest:

1. Applicant represents **Sanjeev Roy**.
2. This is (check one)
      _N/A_ a final application
      _X_ an interim application
   for the period March 7, 2019 to August 18, 2020
3. Previous retainer paid to Applicant: $2,800.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5. Applicant requests additional:
   Compensation of $4,000.00.
   Reimbursement of Expenses of $ _N/A_ .
6. *A telephonic hearing* will be held on **September 30, 2020 at 10:00 a.m.** before Judge Taddonio in Court Room A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Parties Wishing to Appear Telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than Twenty-four (24) hours prior to the schedules hearing All Counsel and Parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Taddonio's **Modified Telephonic Procedures** (effective March 13, 2020), which may be found on the Courts webpage at **www.pawb.uscourts.gov/procedures-2**.
7. You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **September 4, 2020**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on his procedures web page at www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, than Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default Order was signed or if the hearing will go forward as scheduled.

8. Only a limited of time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: <u>August 18, 2020</u>

Attorney for Movant/Applicant:

By: <u>/s/ Lawrence Willis Esquire</u>
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors