**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Sanjeev Roy,** | : | **Chapter 13** |
| | : | |
| **Movant** | : | **Bankruptcy No. 19-21748-GLT** |
| _____ | : | |
| **Lawrence Willis, Esquire /** | : | |
| **Willis & Associates,** | : | **Related to Docket No. 54** |
| **Applicant** | : | |
| | : | **Hearing Date and Time:** |
| **vs.** | : | **September 30, 2020 at 10:00 am** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR COMPENSATION FILED AT DOCKET NO. 54

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on August 18, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 4, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>September 6, 2020</u>                              By: <u>/s/ Lawrence Willis Esquire</u>
                                                                                Lawrence W Willis, Esquire
                                                                                PA I.D. # 85299
                                                                                Willis & Associates
                                                                                201 Penn Center Blvd
                                                                                Pittsburgh, PA 15235
                                                                                Tel: 412.235.1721
                                                                                Fax: 412.542.1704
                                                                                lawrencew@urfreshstrt.com
                                                                                Attorney for Debtors