# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-21748-GLT |
| | : | |
| Sanjeev Roy, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated June 28, 2021 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated June 25, 2021* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated June 30, 2021

/s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

Sanjeev Roy
121 Sewickley Farms Circle
Mars, PA 16046

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

Ameriprise Financial I
827 Ameriprise Financial
Minneapolis, MN 55474

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Bankamerica
4909 Savarese Cir
Tampa, FL 33634

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899

Cap1/bstby
Po Box 30253
Salt Lake City, UT 84130

Capital One
15000 Capital One Dr
Richmond, VA 23238

Capital One
15000 Capital One Dr
Richmond, VA 23238

Cbna
Po Box 6497
Sioux Falls, SD 57117

Cbna
Po Box 6189
Sioux Falls, SD 57117

Chase Auto
Po Box 901003
Ft Worth, TX 76101

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Card
Po Box 15298
Wilmington, DE 19850

Citi
Po Box 6241
Sioux Falls, SD 57117

Citi
Po Box 6190
Sioux Falls, SD 57117

Citi
Credit Bureau Dispute Unit
Sioux Falls, SD 57117

Citizens Bank
1 Citizens Dr
Riverside, RI 02915

Citizens Bank
1 Citizens Dr
Riverside, RI 02915

Comenity Bank/levin
Po Box 182789
Columbus, OH 43218

Credit First N A
6275 Eastland Rd
Brookpark, OH 44142

Digital Fed Credit Uni
220 Donald Lynch Blvd
Marlborough, MA 01752

Flr Solution
Po Box 94498
Las Vegas, NV 89193

Fm/citizens
121 South 13th Street
Blair, NE 68008

Huntington National Ba
7 Easton Oval # Ea5w29
Columbus, OH 43219

Hyundai Capital Americ
4000 Macarthur Blvd Ste
Newport Beach, CA 92660

Kohls/chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Lending Club Corp
71 Stevenson St Ste 300
San Francisco, MI 49000

Ntb/cbna
Po Box 6497
Sioux Falls, SD 57117

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117

Sears/cbna
Po Box 6283
Sioux Falls, SD 57117

Suntrust Mortgage/cc 5
1001 Semmes Ave
Richmond, VA 23224

Syncb/dkdc
P.o. Box 965005
Orlando, FL 32896

Syncb/jc Penney Dc
Po Box 965007
Orlando, FL 32896

Syncb/jcp
Po Box 965007
Orlando, FL 32896

Syncb/lowes
Po Box 965005
Orlando, FL 32896

Target N.b.
Po Box 673
Minneapolis, MN 55440

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117

Toyota Motor Credit Co
240 Gibraltar Rd Ste 260
Horsham, PA 19044

Us Bank Home Mortgage
4801 Frederica St
Owensboro, KY 42301