**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/20/2021

IN RE:

SANJEEV ROY                                          Case No.19-21748 GLT
121 SEWICKLEY FARMS CIRCLE
MARS,  PA  16046                                     Chapter 13
XXX-XX-9430            Debtor(s)

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/20/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **STEPHEN R FRANKS ESQ** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| MANLEY DEAS KOCHALSKI LLC | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 165028 | | |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-5028 | COMMENT:  JPMORGAN CHASE/PRAE | |

| | | |
|---|---|---|
| **COMMUNITY LOAN SERVICING LLC** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| ATTN CASHIERING DEPT | Court Claim Number:6 | ACCOUNT NO.:  1529 |
| 4425 PONCE DE LEON BLVD 5TH FL | | |
| | CLAIM:  0.00 | |
| CORAL GABLES, FL  33146 | COMMENT:  PMT/DECL-PL*DKT4LMT*BGN 5/19*FR BAYVIEW-DOC 59 | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| PO BOX 901032 | Court Claim Number:2 | ACCOUNT NO.:  3758 |
| | CLAIM:  1,019.84 | |
| FT WORTH, TX  76101-2032 | COMMENT:  PMTS PROPER/CONF*SURR/PL*REM PMTS+PURCH OPT*BGN 5/19*$ RTND-ACCT | |

| | | |
|---|---|---|
| **HYUNDAI CAPITAL AMERICA DBA HYUNDAI MO** | Trustee Claim Number:4   INT %: 2.69% | CRED DESC:  VEHICLE |
| PO BOX 20809 | Court Claim Number:3-2 | ACCOUNT NO.:  9359 |
| | CLAIM:  6,633.77 | |
| FOUNTAIN VALLEY, CA  92728 | COMMENT:  NO FURTHER PMTS~PRIOR PMTS RATIFIED*SURR/PL*11649.20/CL-PL@4.25%MDF | |

| | | |
|---|---|---|
| **AMERIPRISE FINANCIAL** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 301 WEST BAY ST | Court Claim Number: | ACCOUNT NO.:  7604 |
| | CLAIM:  0.00 | |
| JACKSONVILLE, FL  32202 | COMMENT:  NT ADR~NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **BARCLAYS BANK DELAWARE** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 125 S WEST ST | Court Claim Number: | ACCOUNT NO.:  5453 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19801 | COMMENT:  NT ADR~NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE**** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  3452 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT:  NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:7 | ACCOUNT NO.:  4987 |
| | CLAIM:  30,686.98 | |
| NORFOLK, VA  23541 | COMMENT:  CAPITAL ONE BANK | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:8 | ACCOUNT NO.:  2196 |
| | CLAIM:  18,364.10 | |
| NORFOLK, VA  23541 | COMMENT:  CAPITAL ONE BANK | |

| | | |
|---|---|---|
| **CBNA** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 6497 | Court Claim Number: | ACCOUNT NO.:  8775 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117 | COMMENT:  NO$~NTC ONLY/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CHASE CARD SERVICES\*\*** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.:  4676 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT: | |

| | | |
|---|---|---|
| **CITIBANK\*\*** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 6241 | Court Claim Number: | ACCOUNT NO.:  6924 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117-6214 | COMMENT:  NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **COMENITY BANK** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.:  6730 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~NO$~LEVIN~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **CREDIT FIRST NA\*** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BK 13 CREDIT OPERATIONS\* | Court Claim Number: | ACCOUNT NO.:  6529 |
| POB 818011\* | | |
| | CLAIM:  0.00 | |
| CLEVELAND, OH  44181-8011 | COMMENT:  NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **DIGITAL FCU** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: COLLECTION DEPT | Court Claim Number: | ACCOUNT NO.:  0141 |
| POB 9130\* | | |
| | CLAIM:  0.00 | |
| MARLBOROUGH, MA  01752-9130 | COMMENT:  NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **FLR SOLUTION** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 94498 | Court Claim Number: | ACCOUNT NO.:  5813 |
| | CLAIM:  0.00 | |
| LAS VEGAS, NV  89193 | COMMENT: | |

| | | |
|---|---|---|
| **FM/CITIZENS** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 121 S 13TH ST | Court Claim Number: | ACCOUNT NO.:  1673 |
| | CLAIM:  0.00 | |
| BLAIR, NE  68008 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **HUNTINGTON NATIONAL BANK(\*)** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5555 CLEVELAND AVE - GW1N10 | Court Claim Number: | ACCOUNT NO.:  9715 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43231 | COMMENT:  NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **KOHLS++** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 2983 | Court Claim Number: | ACCOUNT NO.:  9252 |
| | CLAIM:  0.00 | |
| MILWAUKEE, WI  53201-2983 | COMMENT:  NO$~NT ADR~CHASE~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **LENDING CLUB CORP++** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 71 STEVENSON STE 300 | Court Claim Number: | ACCOUNT NO.:  3000 |
| | CLAIM:  0.00 | |
| SAN FRANCISCO, CA  94105 | COMMENT:  NO$/SCH | |

**CLAIM RECORDS**

| LVNV FUNDING LLC | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:1 | ACCOUNT NO.:  3000 |
| PO BOX 10587 | | |
| | CLAIM:  23,086.04 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NO ACCT-NO$/SCH*WEBBANK | |

| NTB CREDIT PLAN | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 6403 | Court Claim Number: | ACCOUNT NO.:  0797 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117 | COMMENT:  NT ADR~NO$~NTC ONLY/SCH | |

| PRA AG FUNDING LLC | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | ACCOUNT NO.: |
| 120 CORPORATE BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23502 | COMMENT:  NO$/SCH | |

| PRA AG FUNDING LLC | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O PORTFOLIO RECOVERY ASSOC | Court Claim Number: | ACCOUNT NO.: |
| 120 CORPORATE BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23502 | COMMENT:  NO$/SCH | |

| SEARS/CITI CARD USA*++ | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| BANKRUPTCY DEPT* | Court Claim Number: | ACCOUNT NO.:  4770 |
| POB 182149* | | |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NO$~NTC ONLY/SCH | |

| SYNCHRONY BANK | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  4728 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~DKDC~NTC ONLY/SCH | |

| SYNCHRONY BANK | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  7644 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~JCP~NTC ONLY/SCH | |

| SYNCHRONY BANK | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  2175 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~NC ONLY~JCP/SCH | |

| SYNCHRONY BANK | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  9019 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~LOWES~NTC ONLY/SCH | |

| TARGET | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 660170 | Court Claim Number: | ACCOUNT NO.:  6914 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266 | COMMENT:  NT ADR~NO$~TARGET~NTC ONLY/SCH | |

| THD/CBSD | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 6497 | Court Claim Number: | ACCOUNT NO.: 1335 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117 | COMMENT: NO$~NTC ONLY/SCH | |

| TOYOTA MOTOR CREDIT CO** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 240 GIBRALTAR RD STE 260 | Court Claim Number: | ACCOUNT NO.: 0001 |
| | CLAIM: 0.00 | |
| HORSHAM, PA 19044 | COMMENT: NO$~NTC ONLY/SCH | |

| BRIAN C NICHOLAS ESQ | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: NOTICE ONLY |
|---|---|---|
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: BAYVIEW LN/PRAE | |

| UPMC PHYSICIAN SERVICES | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:5 | ACCOUNT NO.: 9430 |
| PO BOX 1123 | | |
| | CLAIM: 299.06 | |
| MINNEAPOLIS, MN 55440 | COMMENT: NT/SCH | |

| WELLS FARGO BANK NA | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
|---|---|---|
| ATTN PAYMENT PROCESSING | Court Claim Number:4 | ACCOUNT NO.: 2013 |
| PO BOX 14487 | | |
| | CLAIM: 208.59 | |
| DES MOINES, IA 50309 | COMMENT: PMTS PROPER/CONF*SURR/PL*627182013*NT/SCH-PL*800/CL | |

| COMMUNITY LOAN SERVICING LLC | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
|---|---|---|
| ATTN CASHIERING DEPT | Court Claim Number:6 | ACCOUNT NO.: 1529 |
| 4425 PONCE DE LEON BLVD 5TH FL | | |
| | CLAIM: 27,252.18 | |
| CORAL GABLES, FL 33146 | COMMENT: $/CL-PL*THRU 4/19*FR BAYVIEW-DOC 59 | |

| HYUNDAI CAPITAL AMERICA DBA HYUNDAI MO | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 20809 | Court Claim Number:3-2 | ACCOUNT NO.: 9359 |
| | CLAIM: 11,649.20 | |
| FOUNTAIN VALLEY, CA 92728 | COMMENT: DEFICIENCY*AMD*SURR/PL@4 | |