**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SANJEEV ROY | Case No. 19-21748GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>HYUNDAI CAPITAL AMERICA DBA<br>HYUNDAI MOTOR FINANCE<br>Respondents | Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

DEBTOR'S COUNSEL HAS ASKED FOR A RESERVE OF FUNDS, ASSERTING THAT FUNDS ARE NOT DUE.

| | |
|---|---|
| HYUNDAI CAPITAL AMERICA DBA<br>HYUNDAI MOTOR FINANCE<br>PO BOX 20809<br>FOUNTAIN VALLEY, CA 92728 | Court claim# 3-2/Trustee CID# 37 |

The Movant further certifies that on 12/10/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| SANJEEV ROY, 121 SEWICKLEY FARMS CIRCLE, MARS, PA  16046 | LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA 15235 |
| ORIGINAL CREDITOR: HYUNDAI CAPITAL AMERICA DBA HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA  92728 | |
| NEW CREDITOR: | |