**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-21748-GLT |
| | : | |
| Sanjeev Roy, | : | CHAPTER 13 |
| | : | |
| Debtor | : | RELATED TO DOCKET NO. 90 |
| | : | |
| Sanjeev Roy, | : | |
| | : | HEARING DATE AND TIME: |
| Movant | : | April 6, 2022 at 10:00 AM |
| | : | |
| v. | : | |
| | : | |
| Hyundai Capital America D/B/A | : | |
| Hyundai Motor Finance, | : | |
| Respondent | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE OBJECTION TO PROOF OF CLAIM 3 FILED BY HYUNDAI CAPITAL AMERICA D/B/A HYUNDAI MOTOR FINANCE
## FILED AT DOCKET NO. 90

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Proof of Claim 3 Filed by Hyundai Capital America D/B/A Hyundai Motor Finance filed on February 9, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 11, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: March 12, 2022                    By: /s/ Lawrence Willis Esquire
                                         Lawrence W Willis, Esquire
                                         PA I.D. # 85299
                                         Willis & Associates
                                         201 Penn Center Blvd
                                         Pittsburgh, PA 15235
                                         Tel: 412.235.1721
                                         Fax: 412.542.1704
                                         lawrencew@urfreshstrt.com
                                         Attorney for Debtors