IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-21748-GLT |
| | : | |
| Sanjeev Roy, | : | CHAPTER 13 |
| | : | |
| Debtor | : | RELATED TO DOCKET NO. 93 |
| | : | |
| Sanjeev Roy, | : | |
| | : | HEARING DATE AND TIME: |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Hyundai Capital America D/B/A | : | |
| Hyundai Motor Finance, | : | |
| Respondent | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned of the law firm Willis & Associates, certify under penalty of perjury that I served or caused to be served, a copy of the Order Dated March 14, 2022 (Order Granting Objection to Claim) filed herewith upon each of the following persons and parties in interest at the addresses on the attached matrix by first class mail.

EXECUTED ON: **March 15, 2022**

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors

MATRIX OF PARTIES SERVED

Ronda J. Winnecour, Esquire
Standing Chapter 13 Trustee
Suite 3250 Usx Tower
600 Grant Street
Pittsburgh, PA 15219

Sanjeev Roy
121 Sewickley Farms Circle
Mars, PA 16046

Hyundai Capital America
PO Box 20809
Fountain Valley, CA 92728
Attn: Jackson Keiko

Hyundai Capital America
3161 Michelson Dr Ste 1900
Irvine, CA, 92612-4418
Attn: Ross Williams, CEO

Hyundai Capital America
3161 Michelson Dr Ste 1900
Irvine, CA, 92612-4418
Attn: Katherine Cassidy, VP and General Counsel