FILED
3/14/22 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-21748-GLT |
| Sanjeev Roy, | : | CHAPTER 13 |
| Debtor | : | RELATED TO DOCKET NO. 90 |
| Sanjeev Roy, | : | |
| Movant | : | HEARING DATE AND TIME:<br>April 6, 2022 at 10:00 AM |
| v. | : | |
| Hyundai Capital America D/B/A Hyundai Motor Finance, | : | |
| Respondent | : | |
| And | : | |
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>Additional Respondent | : | |

## DEFAULT ORDER

This  14th Day of  March                    , 2022, upon default, no response objecting to the Objection to Claim having been timely filed by an interested party, and upon Movant's certification of service, and certificate of no objection, it is

ORDERED that the above-captioned Objection to Proof of Claim is/are sustained.

Movant shall, within 5 days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of service.

BY THE COURT:

_____
Gregory L. Taddonio,    **drb**
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21748-GLT |
| Sanjeev Roy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

**Recip ID        Recipient Name and Address**
db          +   Sanjeev Roy, 121 Sewickley Farms Circle, Mars, PA 16046-7143

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2022              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:

**Name**                              **Email Address**

Brian Nicholas
                 on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Brian Nicholas
                 on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
                 on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

Lawrence W. Willis
                 on behalf of Debtor Sanjeev Roy ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
                 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

                cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
                on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

TOTAL: 7