IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-21748-GLT |
| | : | |
| **Sanjeev Roy,** | : | |
| | : | CHAPTER 13 |
| **Debtor** | : | |
| ************************************* | : | |
| **Sanjeev Roy,** | : | |
| | : | RELATED TO DOCKET NO. 96 |
| **Movant** | : | |
| | : | HEARING DATE & TIME: |
| vs. | : | June 15, 2022 at 10:00 AM |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Standing Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF SANJEEV ROY FOR APPLICATION TO EMPLOY REALTOR**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **May 17, 2022** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on **June 15, 2022 at 10:00 AM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the

scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's *General Procedures*, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: April 29, 2022                By: /s/ Lawrence Willis Esquire
                                    Lawrence W Willis, Esquire
                                    PA I.D. # 85299
                                    Willis & Associates
                                    201 Penn Center Blvd
                                    Pittsburgh, PA 15235
                                    Tel: 412.235.1721
                                    Fax: 412.542.1704
                                    lawrencew@urfreshstrt.com
                                    Attorney for Debtors