**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 19-21748-GLT |
| **Sanjeev Roy,** | |
| | CHAPTER 13 |
| **Debtor** | |
| ************************************ | |
| **Sanjeev Roy,** | |
| | RELATED TO DOCKET NO. 96 |
| **Movant** | |
| | HEARING DATE & TIME: |
| vs. | June 15, 2022 at 10:00 AM |
| **Ronda J. Winnecour, Esquire,** | |
| **Standing Chapter 13 Trustee,** | |
| **Respondent** | |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION TO EMPLOY REALTOR
## FILED AT DOCKET NO. 96

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Realtor filed on April 30, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 17, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: May 18, 2022    By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors