FILED
5/18/22 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Sanjeev Roy, | : | |
| | : | **BANKRUPTCY NO. 19-21748-GLT** |
| Debtor | : | **CHAPTER 13** |
| ************************************** | : | |
| Sanjeev Roy, | : | |
| | : | **RELATED TO DOCKET NO. 96** |
| Movant | : | |
| | : | **HEARING DATE & TIME:** |
| vs. | : | **June 15, 2022 at 10:00 AM** |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Standing Chapter 13 Trustee, | : | |
| Respondent | : | |

<u>**ORDER EMPLOYING REALTOR**</u>

     ***AND NOW***, this _18th Day of May_____, 2022, upon consideration of the ***APPLICATION FOR ORDER OF EMPLOYMENT OF REALTOR ZITA BILLMANN IN A REAL ESTATE TRANSACTION***, it is ORDERED, ADJUDGED and DECREED as follows:

1. ***Zita Billmann from Coldwell Banker Realty with a mailing address of 9600 Perry Highway, Pittsburgh, PA 15237*** is hereby appointed as ***Realtor*** for the Estate/Debtor pursuant to the terms (including compensation terms) described in the Listing Contract attached to the above-referenced Motion/Application for the limited purpose of acting as realtor in connection with the interest of the Estate/Debtor in selling the Debtor's ***Real Estate*** as referenced in the foregoing Motion/Application, *provided however*, no settlement of any claim is to occur without prior Court Order after notice and hearing.

2. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

3. Approval of any application for appointment of a professional in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms, and is not preapproval of compensation pursuant to 11 U.S.C. Section 328(a). Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order. ***Any***

*retainer paid to the Realtor is unaffected by this Order and remains property of the Estate until further order of Court.*

4.  Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and Special Counsel, this Order does not authorize Realtor to retain or pay any outside counsel or other professional to assist Realtor in this matter unless such is done at no expense to Movant, directly or indirectly.  Any other retention of and payment to an outside counsel or other professional is subject to prior approval of the Court.

5.  *Movant shall serve the within Order on all interested parties and file a certificate of service.*

BY THE COURT:

Gregory L. Taddonio,
United States Bankruptcy Judge

**drb**

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-21748-GLT |
|---|---|
| Sanjeev Roy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sanjeev Roy, 121 Sewickley Farms Circle, Mars, PA 16046-7143 |
| r | + | Zita Billmann, Coldwell Banker Realty, 9600 Perry Highway, Pittsburgh, PA 15237-5552 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| Lawrence W. Willis | on behalf of Debtor Sanjeev Roy ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2

Date Rcvd: May 18, 2022

User: auto

Form ID: pdf900

Page 2 of 2

Total Noticed: 2

cmecf@chapter13trusteewdpa.com

Stephen Russell Franks

on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

TOTAL: 7