**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **Sanjeev Roy,** | : | Case No. 19-21748-GLT |
| | : | |
| **Debtor** | : | Chapter 13 |

*************************************************************************

| | | |
|---|---|---|
| **Sanjeev Roy,** | : | |
| | : | **Related to Document No. 102** |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| **vs.** | : | **June 29, 2022 at 10:00 AM** |
| | : | |
| **U.S. Bank Trust National Association,** | : | |
| **Respondent** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire Chapter 13 Trustee,** | : | |
| | : | |
| **Respondent** | : | |

*************************************************************************

## CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES FILED AT DOCKET NO. 89

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Sell filed on May 31, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 17, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: June 18, 2022                         By: /s/ Lawrence Willis Esquire
                                             Lawrence W Willis, Esquire
                                             PA I.D. # 85299
                                             Willis & Associates
                                             201 Penn Center Blvd
                                             Pittsburgh, PA 15235
                                             Tel: 412.235.1721

Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors