# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **Sanjeev Roy,** | : | Case No. 19-21748-GLT |
| | : | |
| **Debtor** | : | Chapter 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **Sanjeev Roy,** | : | |
| | : | **Related to Document No. 107** |
| **Movant** | : | |
| | : | **Hearing Date & Time:** |
| vs. | : | |
| | : | |
| | : | |
| **U.S. Bank Trust National Association,** | : | |
| | : | |
| **Respondent** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire Chapter 13 Trustee,** | : | |
| | : | |
| **Respondent** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I, the undersigned of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true or correct copy of the Order Dated June 27, 2022 (Order Granting Sell) on the parties at the addresses on the attached matrix by first class mail\*.

Executed On: June 28, 2022

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors

*Parties served by the court electronically were not served by regular mail.

## MATRIX OF PARTIES SERVED

Ronda J. Winnecour, Esquire
Chapter 13 Trutee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Sanjeev Roy
121 Sewickley Farms Circle
Mars, PA 16046

Coldwell Banker Realty
9600 Perry Highway
Pittsburgh, PA 15237
Attn: Zita Billmann

Ameriprise Financial I
827 Ameriprise Financial
Minneapolis, MN 55474

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Bankamerica
4909 Savarese Cir
Tampa, FL 33634

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899

Cap1/bstby
Po Box 30253
Salt Lake City, UT 84130

Capital One
15000 Capital One Dr
Richmond, VA 23238

Capital One
15000 Capital One Dr
Richmond, VA 23238

Cbna
Po Box 6497
Sioux Falls, SD 57117

Cbna
Po Box 6189
Sioux Falls, SD 57117

Chase Auto
Po Box 901003
Ft Worth, TX 76101

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Card
Po Box 15298
Wilmington, DE 19850

Citi
Po Box 6241
Sioux Falls, SD 57117

Citi
Po Box 6190
Sioux Falls, SD 57117

Citi
Credit Bureau Dispute Unit
Sioux Falls, SD 57117

Citizens Bank
1 Citizens Dr
Riverside, RI 02915

Citizens Bank
1 Citizens Dr

Riverside, RI 02915

Comenity Bank/levin
Po Box 182789
Columbus, OH 43218

Credit First N A
6275 Eastland Rd
Brookpark, OH 44142

Digital Fed Credit Uni
220 Donald Lynch Blvd
Marlborough, MA 01752

Flr Solution
Po Box 94498
Las Vegas, NV 89193

Fm/citizens
121 South 13th Street
Blair, NE 68008

Huntington National Ba
7 Easton Oval # Ea5w29
Columbus, OH 43219

Hyundai Capital Americ
4000 Macarthur Blvd Ste
Newport Beach, CA 92660

Kohls/chase
N56 W 17000 Ridgewood Dr

Menomonee Falls, WI 53051

Lending Club Corp
71 Stevenson St Ste 300
San Francisco, MI 49000

Ntb/cbna
Po Box 6497
Sioux Falls, SD 57117

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117

Sears/cbna
Po Box 6283
Sioux Falls, SD 57117

Suntrust Mortgage/cc 5
1001 Semmes Ave
Richmond, VA 23224

Syncb/dkdc
P.o. Box 965005
Orlando, FL 32896

Syncb/jc Penney Dc
Po Box 965007
Orlando, FL 32896

Syncb/jcp
Po Box 965007
Orlando, FL 32896

Syncb/lowes
Po Box 965005
Orlando, FL 32896

Target N.b.
Po Box 673
Minneapolis, MN 55440

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117

Toyota Motor Credit Co
240 Gibraltar Rd Ste 260
Horsham, PA 19044

Us Bank Home Mortgage
4801 Frederica St
Owensboro, KY 42301