LOCAL BANKRUPTCY FORM NO. 24

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Sanjeev Roy, | : | Chapter 13 |
| | : | |
| **Movant** | : | Bankruptcy No. 19-21748-GLT |
| _____ | : | |
| Lawrence Willis, Esquire / | : | |
| Willis & Associates, | : | Related to Docket No. 115 |
| **Applicant** | : | |
| | : | Hearing Date and Time: |
| vs. | : | September 14, 2022 at 2:00 pm |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| **Respondent** | : | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF LAWRENCE W WILLIS, ESQUIRE

To All Creditors and Parties in Interest:

1. Applicant represents **Sanjeev Roy**.
2. This is (check one)
       __X__ a final application
       _____ an interim application
   for the period March 7, 2019 to August 19, 2022
3. Previous retainer paid to Applicant: $2,800.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $8,000.00.
5. Applicant requests additional:
   Compensation of $12,510.00.
   Reimbursement of Expenses of $ N/A .
6. An **in-person hearing** will be held on **September 14, 2022 at 2:00 PM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's *General Procedures*, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.** Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

7. You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **September 6, 2022**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the presiding Judge as found on his procedures web page at www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, than Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default Order was signed or if the hearing will go forward as scheduled.

Date of Service: <u>August 19, 2022</u>

Attorney for Movant/Applicant:

By: <u>/s/ Lawrence Willis Esquire</u>
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors