Certificate Number: 05781-PAW-DE-036831815

Bankruptcy Case Number: 19-21748



05781-PAW-DE-036831815

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 14, 2022, at 4:27 o'clock PM PDT, Sanjeev Roy completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  September 14, 2022              By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President