FILED
9/15/22 4:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 19-21748-GLT | |
| | : | Chapter: | 13 | |
| Sanjeev Roy | : | | | |
| | : | | | |
| | : | Date: | 9/14/2022 | |
| *Debtor(s)*. | : | Time: | 02:00 | |

## PROCEEDING MEMO

**MATTER:**    #115 - Application for Compensation for Debtor's Attorney
#118 - Certificate of No Objection

**APPEARANCES**:
Debtor:    Lawrence W. Willis

**NOTES:**    [2:42]

The reason for review is that the amount of fees seemed larger than typical given the modest activity in the case.   Question about charging for whole hour of conciliation in a virtual setting. Might not be proper to charge for the whole hour - only allow .5hr for conciliation.   Review of withdrawal of appearance also is not an appropriate charge.   Administrative tasks also should be charged at a lower rate.

**OUTCOME:**

1) Application is GRANTED on modified terms. [DB to issue modified order].

**DATED:**  9/14/2022