**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SANJEEV ROY<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:19-21748<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.


October 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/30/2019 and confirmed on 6/6/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 265,738.73 |
| Less Refunds to Debtor | 20,142.09 | |
| TOTAL AMOUNT OF PLAN FUND | | 245,596.64 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 17,320.00 | |
|   Trustee Fee | 10,526.13 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 27,846.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE F | 109,658.26 | 109,658.26 | 0.00 | 109,658.26 |
|     Acct: 4354 | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE F | 27,252.18 | 27,252.18 | 0.00 | 27,252.18 |
|     Acct: 4354 | | | | |
|   WELLS FARGO BANK NA | 208.59 | 208.59 | 0.00 | 208.59 |
|     Acct: 2013 | | | | |
|   HYUNDAI CAPITAL AMERICA DBA HYUNDA | 6,633.77 | 6,633.77 | 541.69 | 7,175.46 |
|     Acct: 9359 | | | | |
| | | | | 144,294.49 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANJEEV ROY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANJEEV ROY | 20,142.09 | 20,142.09 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 1,200.00 | 1,200.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX8/20 | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 12,120.00 | 12,120.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXX9/22 | | | | |
|   JPMORGAN CHASE BANK NA | 1,019.84 | 1,019.84 | 0.00 | 1,019.84 |
|     Acct: 3758 | | | | |
| | | | | 1,019.84 |
| **Unsecured** | | | | |
|   AMERIPRISE FINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7604 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5453 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3452 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 30,686.98 | 30,686.98 | 0.00 | 30,686.98 |
| Acct: 4987 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 18,364.10 | 18,364.10 | 0.00 | 18,364.10 |
| Acct: 2196 | | | | |
| CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8775 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4676 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6924 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6730 | | | | |
| CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6529 | | | | |
| DIGITAL FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0141 | | | | |
| FLR SOLUTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5813 | | | | |
| FM/CITIZENS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1673 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9715 | | | | |
| KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9252 | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3000 | | | | |
| LVNV FUNDING LLC | 23,086.04 | 23,086.04 | 0.00 | 23,086.04 |
| Acct: 3000 | | | | |
| NTB CREDIT PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0797 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4770 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4728 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7644 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2175 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9019 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6914 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1335 | | | | |
| TOYOTA MOTOR CREDIT CO**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| UPMC PHYSICIAN SERVICES | 299.06 | 299.06 | 0.00 | 299.06 |
| Acct: 9430 | | | | |
| HYUNDAI CAPITAL AMERICA DBA HYUNDA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9359 | | | | |
| STEPHEN R FRANKS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

19-21748                                                                                                                             Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 72,436.18 |
| TOTAL PAID TO CREDITORS | | | | | 217,750.51 |

TOTAL CLAIMED
PRIORITY           1,019.84
SECURED       143,752.80
UNSECURED     72,436.18

Date: 10/25/2022                                                             /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SANJEEV ROY

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:19-21748

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Sanjeev Roy  
    Debtor

Case No. 19-21748-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Oct 26, 2022     Form ID: pdf900     Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sanjeev Roy, 203 Morning Grove Lane, Valencia, PA 16059-1639 |
| r | + | Zita Billmann, Coldwell Banker Realty, 9600 Perry Highway, Pittsburgh, PA 15237-5552 |
| 15042742 | + | Ameriprise Financial I, 827 Ameriprise Financial, Minneapolis, MN 55474-0008 |
| 15042754 | + | Flr Solution, Po Box 94498, Las Vegas, NV 89193-4498 |
| 15042755 | | Fm/citizens, 121 South 13th Street, Blair, NE 68008 |
| 15042759 | | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, MI 49000 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Oct 26 2022 23:48:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15042743 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 26 2022 23:48:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 15042744 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 26 2022 23:48:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Miami, FL 33146-1839 |
| 15083176 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 26 2022 23:48:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 15042746 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 23:46:29 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15042745 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 23:47:31 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15042747 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:47:38 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15042750 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:58:24 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15042751 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 23:48:00 | Comenity Bank/levin, Po Box 182789, Columbus, OH 43218-2789 |
| 15302493 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 26 2022 23:48:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15042752 | + | Email/Text: BKPT@cfna.com | Oct 26 2022 23:48:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 15042753 | + | Email/Text: bankruptcy@dcu.org | Oct 26 2022 23:49:00 | Digital Fed Credit Uni, 220 Donald Lynch Blvd, Marlborough, MA 01752-4708 |
| 15071533 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 26 2022 23:49:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, |

Case 19-21748-GLT   Doc 134   Filed 10/28/22   Entered 10/29/22 00:27:56   Desc
Imaged Certificate of Notice   Page 7 of 8

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | FOUNTAIN VALLEY, CA 92728-0809 |
| 15042756 | + | Email/Text: bankruptcy@huntington.com | Oct 26 2022 23:48:00 | Huntington National Ba, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 15042757 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 26 2022 23:49:00 | Hyundai Capital America, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 15042748 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2022 23:47:06 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15042749 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2022 23:47:05 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15057246 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2022 23:47:30 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 15042758 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 26 2022 23:48:00 | Kohls/chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15042760 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:37 | LVNV Funding, PO BOX 10497 MS 576, Greenville, SC 29603-0497 |
| 15048794 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15042761 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:47:38 | Ntb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15083224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:46:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15042763 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:09 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15042762 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:46:43 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15042764 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:47:12 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 15042765 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:46:21 | Syncb/dkdc, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15042766 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:46:21 | Syncb/jc Penney Dc, Po Box 965007, Orlando, FL 32896-5007 |
| 15042767 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:05 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15042768 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:07 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 15042769 | + | Email/Text: bncmail@w-legal.com | Oct 26 2022 23:48:00 | Target N.b., Po Box 673, Minneapolis, MN 55440-0673 |
| 15042770 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:58:25 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15042771 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 26 2022 23:48:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 15433962 | + | Email/Text: bkteam@selenefinance.com | Oct 26 2022 23:48:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15077245 | ^ | MEBN | Oct 26 2022 23:43:20 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15075391 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 26 2022 23:47:08 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 36

Case 19-21748-GLT    Doc 134    Filed 10/28/22    Entered 10/29/22 00:27:56    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 42 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | JPMORGAN CHASE BANK, N.A. |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| Lawrence W. Willis | on behalf of Debtor Sanjeev Roy ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |

TOTAL: 7