IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/12/22 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    SANJEEV ROY

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:19-21748

Chapter 13

Related to Docket No. 127

ORDER OF COURT

  AND NOW, this __ 12th Day of December, 2022 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sanjeev Roy  
    Debtor

Case No. 19-21748-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Dec 12, 2022      Form ID: pdf900      Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Sanjeev Roy, 203 Morning Grove Lane, Valencia, PA 16059-1639 |
| r | + | Zita Billmann, Coldwell Banker Realty, 9600 Perry Highway, Pittsburgh, PA 15237-5552 |
| 15042742 | + | Ameriprise Financial I, 827 Ameriprise Financial, Minneapolis, MN 55474-0008 |
| 15042754 | + | Flr Solution, Po Box 94498, Las Vegas, NV 89193-4498 |
| 15042755 | | Fm/citizens, 121 South 13th Street, Blair, NE 68008 |
| 15042759 | | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, MI 49000 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 13 2022 00:08:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15042743 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 13 2022 00:08:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 15042744 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 13 2022 00:08:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Miami, FL 33146-1839 |
| 15083176 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 13 2022 00:08:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 15042746 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2022 00:25:24 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 15042745 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2022 00:25:30 | Cap1/bstby, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15042747 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2022 00:25:31 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15042750 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2022 00:25:31 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15042751 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2022 00:08:00 | Comenity Bank/levin, Po Box 182789, Columbus, OH 43218-2789 |
| 15302493 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2022 00:08:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15042752 | + | Email/Text: BKPT@cfna.com | Dec 13 2022 00:08:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 15042753 | + | Email/Text: bankruptcy@dcu.org | Dec 13 2022 00:09:00 | Digital Fed Credit Uni, 220 Donald Lynch Blvd, Marlborough, MA 01752-4708 |
| 15071533 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 13 2022 00:09:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, |

Case 19-21748-GLT   Doc 138   Filed 12/14/22   Entered 12/15/22 00:28:58   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2022 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | FOUNTAIN VALLEY, CA 92728-0809 |
| 15042756 | + | Email/Text: bankruptcy@huntington.com | Dec 13 2022 00:09:00 | Huntington National Ba, 7 Easton Oval # Ea5w29, Columbus, OH 43219-6060 |
| 15042757 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 13 2022 00:09:00 | Hyundai Capital America, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 15042748 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2022 00:25:23 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 15042749 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2022 00:25:30 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15057246 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2022 00:25:30 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 15042758 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2022 00:08:00 | Kohls/chase, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15042760 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2022 00:25:25 | LVNV Funding, PO BOX 10497 MS 576, Greenville, SC 29603-0497 |
| 15048794 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2022 00:25:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15042761 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2022 00:25:31 | Ntb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15083224 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2022 00:25:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15042763 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2022 00:25:24 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15042762 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2022 00:25:24 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15042764 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2022 00:25:25 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 15042765 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2022 00:25:29 | Syncb/dkdc, P.o. Box 965005, Orlando, FL 32896-5005 |
| 15042766 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2022 00:25:29 | Syncb/jc Penney Dc, Po Box 965007, Orlando, FL 32896-5007 |
| 15042767 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2022 00:25:37 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 15042768 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 13 2022 00:25:37 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 15042769 | + | Email/Text: bncmail@w-legal.com | Dec 13 2022 00:08:00 | Target N.b., Po Box 673, Minneapolis, MN 55440-0673 |
| 15042770 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2022 00:25:40 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15042771 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 13 2022 00:08:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 15433962 | + | Email/Text: bkteam@selenefinance.com | Dec 13 2022 00:08:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15077245 | ^ | MEBN | Dec 13 2022 00:04:48 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15075391 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 13 2022 00:25:30 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 36

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 12, 2022 | Form ID: pdf900 | Total Noticed: 42 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | JPMORGAN CHASE BANK, N.A. |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022                                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| Lawrence W. Willis | on behalf of Debtor Sanjeev Roy ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |

TOTAL: 7